# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| JAMES IKE SCHAAP, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0147-TOR |
| EASTERN WASHINGTON UNIVERSITY, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff's Complaint is DISMISSED without prejudice for failure to serve Defendant under Fed. R. Civ. P. 4(m).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on an order to show cause.

Date:  10/28/2013

CLERK OF COURT

S/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk